# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Action Star Enterprise, Co. Ltd.    v.    KaiJet Technology International, Limited

No. 14-1552

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   Action Star Enterprise, Co. Ltd.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name: Jen-Feng Lee, aka Jeff Lee
Law firm: LT Pacific Law Group LLP
Address: 17800 Castleton Street, Suite 560
City, State and ZIP: City of Industry, CA 91748
Telephone: 626-810-7200
Fax #: 626-810-7300
E-mail address: jflee@ltpacificlaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 06/28/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 2, 2014
Date

*[Signature]*
Signature of pro se or counsel

cc: _____