# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1552

ACTION STAR ENTERPRISE, CO. LTD.,

                                                  Plaintiff-Appellant,

v.

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED

                                                  Defendant-Appellee,

_____

Appeal from the United States District Court for the Central District of California case no. 2:12-CV-08074, Judge Beverly Reid O'Connell.
_____

## PLAINTIFF-APPELLANT ACTION STAR ENTERPRISE, CO. LTD'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE BRIEF
_____

Plaintiff-Appellant Action Star Enterprise, Co. Ltd ("Action Star") hereby moves, under FRAP 26(b), Local Circuit Rule 26(b), and based on the good cause set forth in the accompanying Declaration of John Dragseth, for a 60-day extension of time (to and including October 17, 2014) in which to file its opening (blue) brief in the above-referenced appeal.  The brief is presently due on August 18, 2014.  No prior extensions of time have been sought or obtained by Action Star.

Counsel for Defendant-Appellee has stated that it will not oppose this motion.

1

For the foregoing reasons, Action Star respectfully requests that the Court grant an extension of time, until October 17, 2014, for Action Star to file its opening brief.

| | |
|---|---|
| Dated:  August 8, 2014 | Respectfully submitted, |
| | FISH & RICHARDSON P.C. |
| | By: /s/ *John Dragseth*  <br>       John Dragseth |
| | Attorneys for Plaintiff-Appellant<br>ACTION STAR ENTERPRISE, CO. LTD. |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1552

ACTION STAR ENTERPRISE, CO. LTD.,

                                  Plaintiff-Appellant,

v.

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED

                                  Defendant-Appellee,

_____

Appeal from the United States District Court for the Central District of California case no. 2:12-CV-08074, Judge Beverly Reid O'Connell.

_____

**DECLARATION OF GOOD CAUSE OF JOHN DRAGSETH IN SUPPORT OF APPELLEE ACTION STAR ENTERPRISE, CO. LTD. UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

_____

I, John Dragseth, declare:

    1.    I am an attorney duly licensed and admitted to practice before this Court and a principal in the law firm of Fish & Richardson P.C. I have personal knowledge of the facts hereafter stated, and if called and sworn as a witness, could testify competently thereto. I make this declaration in support of this unopposed motion for a 60-day extension of time to file Appellant's responsive brief.

    2.    <u>Nature of Appeal</u>:  This appeal arises from a patent lawsuit.

3.  <u>Good Cause</u>:  There is good cause for this extension of time.  I have several professional commitments, as set forth below, that interfere with my ability to complete the brief by the current due date.

- o  I was only recently hired to handle this appeal and have no prior knowledge of the facts or procedure in the case, and thus need time to study the case and get up-to-speed;
- o  I am currently involved in the briefing for at least three other appeals to this Court, for which briefs will be due during the period addressed by this motion;
- o  I have a large prosecution docket at the U.S. Patent & Trademark Office (and foreign offices) that I both handle and supervise, and for which numerous filings are currently due;
- o  I am involved in a number of post-grant proceedings (e.g., *inter partes* reexaminations and *inter partes* reviews) that are being prepared and that have outstanding deadlines

4.  <u>Opposing Counsel Position</u>:  Counsel for Defendant-Appellant has stated that it does not oppose this requested extension.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 8th day of August, 2014, at Minneapolis, Minnesota.

/s/ *John Dragseth*
John Dragseth
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1552

ACTION STAR ENTERPRISE, CO. LTD.,

                        Plaintiff-Appellant,

v.

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED

                        Defendant-Appellee,

_____

Appeal from the United States District Court for the Central District of California case no. 2:12-CV-08074, Judge Beverly Reid O'Connell.

_____

### [PROPOSED] ORDER GRANTING APPELLEE ACTION STAR ENTERPRISE, CO. LTD.'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

_____

Good cause appearing, it is hereby ordered that Plaintiff-Appelant's Motion for a 60-day extension of time to file its Opening Brief is granted. Plaintiff-Appellant has to and including October 17, 2014, to file its opening brief in the above-referenced appeal.

August ____, 2014                            By: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ACTION STAR ENTERPRISE, CO. LTD. v. KAIJET TECHNOLOGY INTERNATIONAL LIMITED

14-1552

# CERTIFICATE OF INTEREST

Counsel for the appellee, Action Star Enterprise, Co. Ltd. certifies the following:

1. The full name of every part or amicus represented by me is:

    Action Star Enterprise, Co. Ltd.

2. The name of the real party in interest represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Fish & Richardson P.C.: John Dragseth, Chris Dillon


Date: August 8, 2014          */s/ John Dragseth*
                              Signature of counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on August 8, 2014.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  August 8, 2014

/s/ *John Dragseth*
John Dragseth