Form 26

FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1552

Action Star Enterprise Co., Ltd.

v.

KaiJet Technology International, Ltd.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: KaiJet Technology International, Ltd.

Party is (select one):
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent
- [ ] Cross-Appellant
- [ ] Intervenor

Tribunal appealed from and Case No. USDC, C.D. California, Case No. 2:12-CV-08074

Date of Judgment/Order 5/16/2014, 7/11/2014    Type of Case Patent Infringement

Relief sought on appeal Affirmance of the judgments of non-infringement and for attorneys' fees

Relief awarded below (if damages, specify) Judgment of non-infringement and judgment for attorneys' fees.

Briefly describe the judgment/order appealed from
On May 16, 2014, the district court entered a final judgment of non-infringement of the patent-in-suit. On July 11, 2014, the district court entered a judgment for attorneys' fees under 35 U.S.C. 285.

153

Form 26

FORM 26. Docketing Statement (continued)

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
None

Brief statement of the issues to be raised on appeal
(1) Whether the District Court properly granted summary judgment of non-infringement;
(2) Whether the District Court properly denied Appellant's ex parte application to modify the case schedule to allow its untimely expert report; and
(3) Whether the District Court properly found this case exceptional and awarded attorneys' fees.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☑ Yes    ☐ No

If they were mediated, by whom? _____
J Donald McCarthy, Duane Morris LLP, 865 S. Figueroa Street, Suite 3100, Los Angeles, CA 90017

Form 26

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

If you answered no, explain why not _____
Given Appellant's admissions in the District Court proceeding that Appellant lacked evidence of infringement, the District Court's findings that this case is exceptional, and Appellant's refusal to respond to Appellee's requests to dismiss this appeal to avoid incurring further attorneys' fees, Appellee does not believe that a mediation at this time would be productive or fruitful.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this ~~13th~~ 12th day of August , 2014

by: email and overnight delivery
_____
(manner of service)

Yitai Hu                                   /s/ Yitai Hu
_____        _____
Name of Counsel                    Signature of Counsel

Law Firm  Alston & Bird LLP

Address  1950 University Avenue, Fifth Floor

City, State, ZIP  East Palo Alto, CA 94303-2282

Telephone Number  (650) 838-2000

FAX Number  (650) 838-2001

E-mail Address  yitai.hu@alston.com