# 2014-1552

# 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 ℂ𝕠𝕦𝕣𝕥 𝕠𝕗 𝔸𝕡𝕡𝕖𝕒𝕝𝕤
*for the*
# 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

ACTION STAR ENTERPRISE, CO. LTD.,

*Plaintiff-Appellant,*

*v.*

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED,

*Defendant-Appellee,*

*Appeal from the United States District Court for the Central District of California in No. 2:12-CV-08074, Judge Beverly Reid O'Connell.*

## DEFENDANT-APPELLEE KAIJET TECHNOLOGY INTERNATIONAL, LIMITED'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF

Yitai Hu
Ryan W. Koppelman
Xavier Brandwajn
ALSTON & BIRD LLP
1950 University Circle, Fifth Fl.
East Palo Alto, CA 94303-2282
Telephone:  650-838-2000

*Attorneys for Defendant-Appellee*
*KaiJet Technology International, Limited*
November 19, 2014

Defendant-Appellee KaiJet Technology International, Limited ("KaiJet") hereby moves, under FRAP 26(b), Local Circuit Rule 26(b), and based on the good cause set forth in the accompanying Declaration of Yitai Hu, for a 60-day extension of time (to and including January 30, 2015) in which to file its response brief in the above-referenced appeal.  The brief is presently due on December 1, 2014.  No prior extension of time have been sought or obtained by KaiJet.

Counsel for Plaintiff-Appellant has stated that it will not oppose this motion.

For the foregoing reasons, KaiJet respectfully requests that the Court grant an extension of time, until January 30, 2015, for KaiJet to file its response brief.


Date:  November 19, 2014                          Respectfully submitted,

By: _s/ Yitai Hu_____
        Yitai Hu
        Ryan W. Koppelman
        Xavier Brandwajn
        ALSTON & BIRD LLP

        *Attorneys for Defendant-Appellee*
        *KaiJet Technology International,*
        *Limited*

**2014-1552**

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
*for the*
# 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔠𝔦𝔯𝔠𝔲𝔦𝔱

ACTION STAR ENTERPRISE, CO. LTD.,

*Plaintiff-Appellant,*

*v.*

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED,

*Defendant-Appellee,*

*Appeal from the United States District Court for the Central District of California in No. 2:12-CV-08074, Judge Beverly Reid O'Connell.*

**DECLARATION OF GOOD CAUSE OF YITAI HU IN SUPPORT OF APPELLEE KAIJET TECHNOLOGY INTERNATIONAL, LIMITED'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Yitai Hu
Ryan W. Koppelman
Xavier Brandwajn
ALSTON & BIRD LLP
1950 University Circle, Fifth Fl.
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000

*Attorneys for Defendant-Appellee*
*KaiJet Technology International, Limited*
November 19, 2014

I, Yitai Hu, declare:

1.    I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of Alston & Bird LLP.  I have personal knowledge of the facts hereafter stated and if called and sworn as a witness, could testify competently therefor.  I make this declaration in support of this unopposed motion for a 60-day extension of time to file Appellee's response brief.

2.    <u>Nature of Appeal</u>:  This appeal arises from a patent lawsuit.

3.    <u>Good Cause:</u> There is good cause for this extension of time. I have professional commitments that interfere with my ability to complete the brief by the current due date.  Specifically, I am lead trial counsel in the matter of *Asetek Danmark A/S v. CMI USA, Inc.*, Case No. 3:13-CV-00457 JST, which is pending in the United States District Court for the Northern District of California and for which the trial will be held between December 1 and 4, and December 8 and 11, 2014.  During the month of November, my time has been primarily occupied with the preparation for this trial and to the detriment of the preparation of Defendant-Appellee KaiJet's response brief in the present appeal.  A 60-day extension, as granted for Plaintiff-Appellant Action Star with KaiJet's consent, would provide sufficient time to focus on the upcoming trial and any post-trial proceedings and prepare KaiJet's response brief.

4.     <u>Opposing Counsel Position:</u> Counsel for Plaintiff-Appellee has stated that it does not oppose this requested extension.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed this 19th day of November, 2014, at East Palo Alto, California.


Yitai Hu

**2014-1552**

# United States Court of Appeals
*for the*
# Federal Circuit

ACTION STAR ENTERPRISE, CO. LTD.,
*Plaintiff-Appellant,*

*v.*

KAIJET TECHNOLOGY INTERNATIONAL, LIMITED,
*Defendant-Appellee,*

*Appeal from the United States District Court for the Central District of California in No. 2:12-CV-08074, Judge Beverly Reid O'Connell.*

**[PROPOSED] ORDER GRANTING APPELLANT KAIJET TECHNOLOGY INTERNATIONAL, LIMITED'S UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Yitai Hu
Ryan W. Koppelman
Xavier Brandwajn
ALSTON & BIRD LLP
1950 University Circle, Fifth Fl.
East Palo Alto, CA 94303-2282
Telephone:  650-838-2000

*Attorneys for Defendant-Appellee*

*KaiJet Technology International, Limited*

November 19, 2014

Good cause appearing, it is hereby ordered that Plaintiff-Appelant's Motion for a 60-day extension of time to file its Opening Brief is granted. Plaintiff-Appellant has to and including January 30, 2015, to file its opening brief in the above-referenced appeal.

November ___ , 2014                    By:

## CERTIFICATE OF INTEREST

Counsel for the appellant, KaiJet Technology International Limited certifies the following:

1.    The full name of every part or amicus represented

by me is: KaiJet Technology International Limited

2.    The name of the real party in interest represented by

me is: N/A

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Alston & Bird LLP:      Yitai Hu, Ryan Koppelman and

Xavier Brandwajn

Dated: November 19, 2014          *s/ Yitai Hu*
                                  Yitai Hu

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on November 19, 2014.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: November 19, 2014                    <u>*s/ Ryan Koppelman*</u>
                                            Ryan Koppelman